**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ Eastern District of Texas _____

Case number (if known): _____ Chapter _7_

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | GM Cargo Forwarders, Inc |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as names* | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 9 0 – 0 6 5 4 7 7 0 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 2401 Worthington Dr | 3244 Greenleaf Ave |
| Number     Street | Number     Street |
| Denton, TX 76207-3450 | Wilmette, IL 60091-2010 |
| City          State    ZIP Code | City          State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Denton | |
| County | Number     Street |
| | City          State    ZIP Code |

| | |
|---|---|
| **5. Debtor's website (URL)** | |

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | GM Cargo Forwarders, Inc | Case number *(if known)* |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                          MM / DD / YYYY

              District _____ When _____ Case number _____
                                          MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

              District _____ When _____
                                                    MM / DD / YYYY

              Case number, if known _____

| Debtor | GM Cargo Forwarders, Inc | Case number (if known) |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. | |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other<br><br>**Where is the property?** _____<br>　　　　　　Number　　　　Street<br><br>_____<br>City　　　　　　　　　State　　ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.　Insurance agency _____<br>　　　　Contact name _____<br>　　　　Phone _____ | |

| | **Statistical and administrative information** |
|---|---|

| | | | |
|---|---|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | | |
| **14. Estimated number of creditors** | ☐ 1-49  ☑ 50-99<br>☐ 100-199  ☐ 200-999 | ☐ 1,000-5,000  ☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000  ☐ 50,000-100,000<br>☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

| Debtor | GM Cargo Forwarders, Inc | Case number *(if known)* |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- [ ] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1 million
- [x] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ▪ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ▪ I have been authorized to file this petition on behalf of the debtor.
- ▪ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __02/20/2024__
MM/ DD/ YYYY

X __/s/ Gerardo Madanguit__
Signature of authorized representative of debtor

__Gerardo Madanguit__
Printed name

Title __President__

**18. Signature of attorney**

X __/s/ VINCENT LOBUE__   Date __02/20/2024__
Signature of attorney for debtor   MM/ DD/ YYYY

__VINCENT LOBUE__
Printed name

__LoBue Law, PLLC__
Firm name

__101 E Park Blvd Ste 600__
Number        Street

__Plano__   __TX__   __75074-8818__
City   State   ZIP Code

__(972) 695-9444__   __vinny@thelobuelaw.com__
Contact phone   Email address

__277179__   __CA__
Bar number   State

**Fill in this information to identify the case:**

Debtor name _____ GM Cargo Forwarders, Inc _____

United States Bankruptcy Court for the:

_____ Eastern District of Texas _____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   **12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   _02/20/2024_
　　　　　　　　MM/ DD/ YYYY

**X** /s/ Gerardo Madanguit _____
Signature of individual signing on behalf of debtor

Gerardo Madanguit _____
Printed name

President _____
Position or relationship to debtor

Fill in this information to identify the case:

Debtor Name   **GM Cargo Forwarders, Inc**

United States Bankruptcy Court for the:   **Eastern**   District of   **Texas**
_(State)_

Case number (If known):

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | **Current value of debtor's interest** |
| --- | --- |

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **Bank of America** | **Checking account** | **0  1  7  4** | ($254.39) |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____  _____

   4.2 _____  _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.   | ($254.39) |

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | **Current value of debtor's interest** |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1 _____  _____

   7.2 _____  _____

Debtor   **GM Cargo Forwarders, Inc**
_____   Case number *(if known)* _____
Name

---

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

    8.1  **Southwest Truck Insurance , a Marsh McLennan Agency** _____   **unknown**

9.  **Total of Part 2**

    Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

    ☑ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

    |  | Current value of debtor's interest |
    | --- | --- |

11. **Accounts receivable**

    11a. 90 days old or less:  _____ - _____ =.....➡   _____
         face amount          doubtful or uncollectible accounts

    11b. Over 90 days old:  _____ - _____ =.....➡   _____
         face amount        doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| Part 4: | Investments |
| --- | --- |

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

    |  | Valuation method used for current value | Current value of debtor's interest |
    | --- | --- | --- |

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1  _____   _____   _____

    14.2  _____   _____   _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                      % of ownership:

    15.1. _____   _____   _____   _____

    15.2. _____   _____   _____   _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1  _____   _____   _____

---

Debtor   **GM Cargo Forwarders, Inc**
　　　　　Name

Case number *(if known)* _____

---

16.2 _____   _____   _____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                      $_____

---

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **22. Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.                      $_____

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

---

Debtor    **GM Cargo Forwarders, Inc**
_____    Case number *(if known)* _____
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| | | | |

33. **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

  ☐ No

  ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |

Debtor    **GM Cargo Forwarders, Inc**                                    Case number *(if known)* _____
          Name

---

|  | Various office equipment | **unknown** | | **$250.00** |

**40.**  **Office fixtures**

**41.**  **Office equipment, including all computer equipment and communication systems equipment and software**

**42.**  **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

42.1

42.2

42.3

**43.**  **Total of Part 7**                                                    | **$250.00** |
        Add lines 39 through 42. Copy the total to line 86.

**44.**  **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45.**  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

**46.**  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | (Where available) | | |

**47.**  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 **2015 Freightliner Cascadia Daycab** | **unknown** | | **$45,000.00** |
| 47.2 **2016 International LT Sleeper** | **unknown** | | **$40,000.00** |
| 47.3 **2016 International LT Daycab** | **unknown** | | **$40,000.00** |
| 47.4 **2009 Freightliner Cascadia Daycab** | **unknown** | | **$12,000.00** |
| 47.5 **2013 Freightliner Cascadia Daycab** | **unknown** | | **$20,000.00** |
| 47.6 **2013 Freightliner Cascadia Daycab** | **unknown** | | **$15,000.00** |
| 47.7 **2018 International LT Daycab** | **unknown** | | **$40,000.00** |
| 47.8 **2019 International LT Daycab** | **unknown** | | **$45,000.00** |

Debtor   **GM Cargo Forwarders, Inc**                                    Case number *(if known)* _____
   Name

| | | |
|---|---|---|
| 47.9 **2021 Freightliner Cascadia Daycab** | unknown | $90,000.00 |
| 47.10 **2021 Freightliner Cascadia Daycab** | unknown | $90,000.00 |
| 47.11 **2021 Freightliner Cascadia Daycab** | unknown | $95,000.00 |
| 47.12 **2021 International LT Daycab** | unknown | $120,000.00 |
| 47.13 **2022 International LT Daycab** | unknown | $110,000.00 |
| 47.14 **2022 International LT Daycab** | unknown | $130,000.00 |
| 47.15 **2022 International LT Daycab** | unknown | $130,000.00 |
| 47.16 **2021 Wabash Trailer NA** | unknown | $30,000.00 |
| 47.17 **2021 Wabash Trailer NA** | unknown | $30,000.00 |
| 47.18 **2021 Wabash Trailer NA** | unknown | $30,000.00 |
| 47.19 **2021 Wabash Trailer NA** | unknown | $30,000.00 |
| 47.20 **2022 Wabash Trailer NA** | unknown | $32,000.00 |
| 47.21 **2021 Wabash Trailer NA** | unknown | $30,000.00 |
| 47.22 **2022 Wabash Trailer NA** | unknown | $32,000.00 |
| 47.23 **2022 Wabash Trailer NA** | unknown | $32,000.00 |
| 47.24 **2022 Wabash Trailer NA** | unknown | $32,000.00 |
| 47.25 **2022 Wabash Trailer NA** | unknown | $32,000.00 |
| 47.26 **2022 Wabash Trailer NA** | unknown | $32,000.00 |
| 47.27 **2022 Wabash Trailer NA** | unknown | $32,000.00 |
| 47.28 **2022 Wabash Trailer NA** | unknown | $32,000.00 |
| 47.29 **2023 Wabash Trailer NA** | unknown | $50,000.00 |
| 47.30 **2023 Wabash Trailer NA** | unknown | $50,000.00 |
| 47.31 **2023 Wabash Trailer NA** | unknown | $50,000.00 |
| 47.32 **2023 Wabash Trailer NA** | unknown | $50,000.00 |
| 47.33 **2023 Wabash Trailer NA** | unknown | $50,000.00 |
| 47.34 **2023 Wabash Trailer NA** | unknown | $50,000.00 |
| 47.35 **2023 Wabash Trailer NA** | unknown | $50,000.00 |
| 47.36 **2023 Wabash Trailer NA** | unknown | $50,000.00 |
| 47.37 **2023 Wabash Trailer NA** | unknown | $50,000.00 |
| 47.38 **2023 Wabash Trailer NA** | unknown | $50,000.00 |

48.   **Watercraft, trailers, motors, and related accessories** Examples:
Boats, trailers, motors, floating homes, personal watercraft, and fishing
vessels

   48.1 _____

Debtor   **GM Cargo Forwarders, Inc**
_____   Case number *(if known)* _____
Name

| | | | |
|---|---|---|---|
| 48.2 _____ | _____ | _____ | _____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | _____ | _____ | _____ |
| 49.2 _____ | _____ | _____ | _____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| _____ | _____ | _____ | _____ |

51. **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.                                                    | **$1,928,000.00** |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.
☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.                    | _____ |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

| Debtor | **GM Cargo Forwarders, Inc** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 10:** Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 11:** All other assets

Debtor      __GM Cargo Forwarders, Inc_____      Case number *(if known)* _____
            Name

---

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____    _____ – _____ = ➡    _____
                           Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____     Tax year _____     _____

_____     Tax year _____     _____

_____     Tax year _____     _____

73. **Interests in insurance policies or annuities**

_____     _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

**BGL - contractor**_____     $25,000.00

**Nature of claim**      __Breach of Contract_____

**Amount requested**      _____unknown_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**Nature of claim**      _____     _____

**Amount requested**      _____

76. **Trusts, equitable or future interests in property**

_____     _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____     _____

_____     _____

78. **Total of Part 11**      $25,000.00

Add lines 71 through 77. Copy the total to line 90.

---

Debtor   **GM Cargo Forwarders, Inc**
Name   Case number *(if known)*

---

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 12:**   Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80.   **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | ($254.39) | |
| 81.   **Deposits and prepayments.** *Copy line 9, Part 2.* | unknown | |
| 82.   **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83.   **Investments.** *Copy line 17, Part 4.* | | |
| 84.   **Inventory.** *Copy line 23, Part 5.* | | |
| 85.   **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86.   **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $250.00 | |
| 87.   **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,928,000.00 | |
| 88.   **Real property.** *Copy line 56, Part 9.* ➡ | | |
| 89.   **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90.   **All other assets.** *Copy line 78, Part 11.* | + $25,000.00 | |
| 91.   **Total.** *Add lines 80 through 90 for each column.*............91a. | $1,952,995.61 | + 91b. |

92.   **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...........................................   $1,952,995.61

---

**Fill in this information to identify the case:**

Debtor name ___GM Cargo Forwarders, Inc___

United States Bankruptcy Court for the: ___Eastern___ District of ___Texas___
(State)

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1.  **Do any creditors have claims secured by debtor's property?**

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim** |
| --- | --- | --- |

**2.1**  **Creditor's name**

Ascentium apital

**Creditor's mailing address**

23970 US-59 N. Attn: Claims

Kingwood, TX 77339

**Creditor's email address, if known**

_____

**Date debt was incurred**    08/08/2022

**Last 4 digits of account number**    0  4  5  0

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

**Describe debtor's property that is subject to a lien**

2023 Wabash Trailer NA

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

|  | $52,000.00 | $50,000.00 |

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $1,593,244.77

Debtor    GM Cargo Forwarders, Inc
_____
Name

Case number (if known) _____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.2** **Creditor's name**

Ascentium Capital

**Creditor's mailing address**

23970 US-59 N. Attn: Claims

Kingwood, TX 77339

**Creditor's email address, if known**

**Date debt was incurred**    08/08/2022

**Last 4 digits of account number**    0  4  5  0

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2023 Wabash Trailer NA

**Describe the lien**

$52,000.00     $50,000.00

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor | GM Cargo Forwarders, Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

**2.3** **Creditor's name**

Ascentium Capital

**Creditor's mailing address**

23970 US-59 N. Attn: Claims

Kingwood, TX 77339

**Creditor's email address, if known**

**Date debt was incurred**      08/08/2022

**Last 4 digits of account number**      0  4  5  0

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2023 Wabash Trailer NA       $52,000.00       $50,000.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | | |
|---|---|---|
| Debtor | GM Cargo Forwarders, Inc | |
| | Name | Case number (if known) |

## Part 1: Additional Page

| | Column A | Column B |
|---|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.** | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.4** **Creditor's name**

Ascentium Capital

**Creditor's mailing address**

23970 US-59 N. Attn: Claims

Kingwood, TX 77339

**Creditor's email address, if known**

**Date debt was incurred**    08/08/2022

**Last 4 digits of account number**    0  4  5  0

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2023 Wabash Trailer NA      $52,000.00      $50,000.00

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor | GM Cargo Forwarders, Inc | Case number (if known) |
|---|---|---|
| | Name | |

| **Part 1:** | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.5** **Creditor's name**

Ascentium Capital

**Creditor's mailing address**

23970 US-59 N. Attn: Claims

Kingwood, TX 77339

**Creditor's email address, if known**

**Date debt was incurred**      08/08/2020

**Last 4 digits of account number**    0  4  5  0

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines ____

**Describe debtor's property that is subject to a lien**

2023 Wabash Trailer NA

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: $52,000.00

Column B: $50,000.00

Debtor    GM Cargo Forwarders, Inc
_____        Case number (if known) _____
          Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.6** **Creditor's name**
Ascentium Capital

**Creditor's mailing address**
23970 US-59 N. Attn: Claims

Kingwood, TX 77339

**Creditor's email address, if known**

**Date debt was incurred**      08/08/2022

**Last 4 digits of account**      0  4  5  0
**number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
2023 Wabash Trailer NA                    $52,000.00          $50,000.00

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| Debtor | GM Cargo Forwarders, Inc |
| | Name |

Case number (if known) _____

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.7** **Creditor's name**

Ascentium Capital

**Creditor's mailing address**

23970 US-59 N. Attn: Claims

Kingwood, TX 77339

**Creditor's email address, if known**

**Date debt was incurred**        08/08/2022

**Last 4 digits of account number**        0  5  1  4

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2023 Wabash Trailer NA

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $52,000.00

Column B: $50,000.00

| Debtor | GM Cargo Forwarders, Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.8** **Creditor's name**

Ascentium Capital

**Creditor's mailing address**

23970 US-59 N. Attn: Claims

Kingwood, TX 77339

**Creditor's email address, if known**

**Date debt was incurred**     08/08/2022

**Last 4 digits of account number**     0  5  1  4

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2023 Wabash Trailer NA

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$52,000.00     $50,000.00

Debtor    GM Cargo Forwarders, Inc
_____    Case number (if known) _____
Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

<table>
<tr><td colspan="2"></td><td>**Column A**<br>**Amount of claim**<br>Do not deduct the value<br>of collateral.</td><td>**Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim**</td></tr>
</table>

**2.9**  **Creditor's name**

Ascentium Capital

**Creditor's mailing address**

23970 US-59 N. Attn: Claims

Kingwood, TX 77339

**Creditor's email address, if known**


**Date debt was incurred**          08/08/2022

**Last 4 digits of account**    0  5  1  4
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2023 Wabash Trailer NA

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| $52,000.00 | $50,000.00 |

Debtor   GM Cargo Forwarders, Inc
_____   Case number (if known) _____
Name

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.10** **Creditor's name**

Ascentium Capital

**Creditor's mailing address**

23970 US-59 N. Attn: Claims

Kingwood, TX 77339

**Creditor's email address, if known**

_____

**Date debt was incurred**   08/08/2022

**Last 4 digits of account number**   0  5  1  4

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2023 Wabash Trailer NA                    $52,000.00          $50,000.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor | GM Cargo Forwarders, Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.11  Creditor's name**

BMO Harris

**Creditor's mailing address**

PO Box 71810

Chicago, IL 60694-1810

**Creditor's email address, if known**

**Date debt was incurred**     06/14/2018

**Last 4 digits of account number**     5  3  4  7

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2019 International LT Daycab

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Amount of claim: $8,244.77

Value of collateral: $45,000.00

| Debtor | GM Cargo Forwarders, Inc | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| **Part 1:** | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.12** **Creditor's name**

BMO Harris

**Creditor's mailing address**

PO Box 71951

Chicago, IL 60694-1951

**Creditor's email address, if known**

**Date debt was incurred**      11/01/2020

**Last 4 digits of account number**      5  0  0  1

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2021 Wabash Trailer NA          $26,000.00          $30,000.00

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor | GM Cargo Forwarders, Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.13**  **Creditor's name**

BMO Harris

**Describe debtor's property that is subject to a lien**

2021 Wabash Trailer NA                    $26,000.00                    $30,000.00

**Creditor's mailing address**

PO Box 71951

Chicago, IL 60694-1951

**Describe the lien**

_____

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**        11/01/2020

**Last 4 digits of account number**        5  0  0  1

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor    GM Cargo Forwarders, Inc
_____
Name

Case number (if known) _____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.14 Creditor's name**

BMO Harris

**Creditor's mailing address**

PO Box 71951

Chicago, IL 60694-1951

**Creditor's email address, if known**

**Date debt was incurred**    11/01/2020

**Last 4 digits of account number**    5  0  0  1

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2021 Wabash Trailer NA        $26,000.00        $30,000.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor | GM Cargo Forwarders, Inc | Case number (if known) |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.15** **Creditor's name**

BMO Harris

**Describe debtor's property that is subject to a lien**

2021 Wabash Trailer NA    $26,000.00    $30,000.00

**Creditor's mailing address**

PO Box 71951

Chicago, IL 60694-1951

**Describe the lien**

_____

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**    11/01/2020

**Last 4 digits of account number**    5  0  0  1

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  _____

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor    GM Cargo Forwarders, Inc
_____    Case number (if known) _____
Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.16** **Creditor's name**

BMO Harris

**Creditor's mailing address**

PO Box 71951

Chicago, IL 60694-1951

**Creditor's email address, if known**

**Date debt was incurred**    11/01/2020

**Last 4 digits of account number**    5  0  0  1

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2022 Wabash Trailer NA

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$26,000.00    $32,000.00

Debtor    GM Cargo Forwarders, Inc
_____
Name

Case number (if known) _____

---

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.17 Creditor's name**

Crossroads Equipment Lease and
Finance
_____

**Creditor's mailing address**

P.O. BOX 101285
_____

Pasadena, CA 91189-1285
_____

**Creditor's email address, if known**

_____

**Date debt was incurred**    11/01/2020

**Last 4 digits of account number**    1  9  7  3

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2022 Wabash Trailer NA    |    $25,000.00    |    $32,000.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 17 of 31

| Debtor | GM Cargo Forwarders, Inc | Case number (if known) |
|---|---|---|
| | Name | |

## Part 1:    Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

**2.18 Creditor's name**

Crossroads Equipment Lease and Finance

**Describe debtor's property that is subject to a lien**

2022 Wabash Trailer NA                    $25,000.00    $32,000.00

**Describe the lien**

**Creditor's mailing address**

P.O. BOX 101285

Pasadena, CA 91189-1285

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was incurred**    11/01/2020

**Last 4 digits of account number**    1 9 7 3

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

| Debtor | GM Cargo Forwarders, Inc | Case number (if known) |
|---|---|---|
| | Name | |

## Part 1:    Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.19 Creditor's name**

Crossroads Equipment Lease and Finance

**Creditor's mailing address**

P.O. BOX 101285

Pasadena, CA 91189-1285

**Creditor's email address, if known**

_____

**Date debt was incurred**     11/01/2020

**Last 4 digits of account number**     3  1  3  5

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2022 Wabash Trailer NA          $25,000.00          $32,000.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor    GM Cargo Forwarders, Inc
_____      Case number (if known) _____
Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.20** **Creditor's name**

Crossroads Equipment Lease and
Finance
_____

**Creditor's mailing address**

P.O. BOX 101285
_____

Pasadena, CA 91189-1285
_____

**Creditor's email address, if known**

_____

**Date debt was incurred**    11/01/2020

**Last 4 digits of account number**    3  1  3  5

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2022 Wabash Trailer NA                        $25,000.00              $32,000.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor | GM Cargo Forwarders, Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.21** **Creditor's name**

Crossroads Equipment Lease and Finance

**Creditor's mailing address**

P.O. BOX 101285

Pasadena, CA 91189-1285

**Creditor's email address, if known**

**Date debt was incurred** 11/01/2020

**Last 4 digits of account number** 5 0 3 9

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2022 Wabash Trailer NA      $25,000.00      $32,000.00

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor     GM Cargo Forwarders, Inc
           _____      Case number (if known) _____
           Name

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.22** **Creditor's name**

Crossroads Equipment Lease and
Finance

**Creditor's mailing address**

P.O. BOX 101285

Pasadena, CA 91189-1285

**Creditor's email address, if known**

_____

**Date debt was incurred**   11/01/2020

**Last 4 digits of account**   5   0   3   9
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2022 Wabash Trailer NA                    $25,000.00          $32,000.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor      GM Cargo Forwarders, Inc
_____      Case number (if known) _____
Name

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

**2.23**  **Creditor's name**

Daimler Truck Financial

**Creditor's mailing address**

P.O. Box 901

Roanoke, TX 76262

**Creditor's email address, if known**

**Date debt was incurred**      11/01/2019

**Last 4 digits of account**   9   0   0   1
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2021 Freightliner Cascadia Daycab

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $75,000.00

Value of collateral: $90,000.00

| | |
|---|---|
| Debtor | GM Cargo Forwarders, Inc |
| | Name |

Case number (if known) _____

| **Part 1:** | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.24  Creditor's name**

Daimler Truck Financial

**Creditor's mailing address**

P.O. Box 901

Roanoke, TX 76262

**Creditor's email address, if known**

_____

**Date debt was incurred**    01/10/2020

**Last 4 digits of account**   1  0  0  1
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2021 Freightliner Cascadia Daycab

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$75,000.00        $90,000.00

| Debtor | GM Cargo Forwarders, Inc | Case number (if known) |
|---|---|---|
| | Name | |

| **Part 1:** | Additional Page | | Column A | Column B |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.25** **Creditor's name**

Daimler Truck Financial

**Creditor's mailing address**

P.O. Box 901

Roanoke, TX 76262

**Creditor's email address, if known**

**Date debt was incurred**    12/01/2019

**Last 4 digits of account number**    2 0 0 1

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2021 Freightliner Cascadia Daycab          $75,000.00          $95,000.00

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor | GM Cargo Forwarders, Inc | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.26** **Creditor's name**

First Citizens Bank and Trust Co

**Creditor's mailing address**

305 Fellowship Road

Mt Laurel, NJ 08054

**Creditor's email address, if known**

**Date debt was incurred**     11/08/2021

**Last 4 digits of account number**     8  0  0  0

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2021 International LT Daycab

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$120,000.00        $120,000.00

| Debtor | GM Cargo Forwarders, Inc | Case number (if known) |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.27 Creditor's name**

First Citizens Bank and Trust Co

**Creditor's mailing address**

305 Fellowship Road

Mt Laurel, NJ 08054

**Creditor's email address, if known**

**Date debt was incurred**        11/01/2020

**Last 4 digits of account number**        8  0  0  0

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2021 Wabash Trailer NA                     $25,000.00                     $30,000.00

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor    GM Cargo Forwarders, Inc _____    Case number (if known) _____
_____
Name

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.28** Creditor's name

First Citizens Bank and Trust Co

Creditor's mailing address

305 Fellowship Road

Mt Laurel, NJ 08054

Creditor's email address, if known

Date debt was incurred    01/01/2020

Last 4 digits of account number    8  0  0  0

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

2022 Wabash Trailer NA                    $25,000.00        $32,000.00

Describe the lien

_____

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor     GM Cargo Forwarders, Inc
_____     Case number (if known) _____
          Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.29  Creditor's name**

Signature Financial

**Creditor's mailing address**

PO Box 71278

Philadelphia, PA 19176-6278

**Creditor's email address, if known**

**Date debt was incurred**     01/07/2022

**Last 4 digits of account number**     7  0  0  1

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  _____

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2022 International LT Daycab

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$130,000.00          $110,000.00

| Debtor | GM Cargo Forwarders, Inc | Case number (if known) |
|--------|--------------------------|------------------------|
| | Name | |

| **Part 1:** | Additional Page | Column A | Column B |
|---|---|---|---|

| | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.30** **Creditor's name**

Signature Financial

**Creditor's mailing address**

PO Box 71278

Philadelphia, PA 19176-6278

**Creditor's email address, if known**

**Date debt was incurred**   02/09/2022

**Last 4 digits of account number**   7 0 0 2

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2022 International LT Daycab                    $130,000.00    $130,000.00

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor | GM Cargo Forwarders, Inc | Case number (if known) |
|--------|--------------------------|------------------------|
|        | Name                     |                        |

| **Part 1:** | Additional Page | | |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.31** **Creditor's name**

Signature Financial

**Creditor's mailing address**

PO Box 71278

Philadelphia, PA 19176-6278

**Creditor's email address, if known**

**Date debt was incurred**      02/09/2022

**Last 4 digits of account**   7  0  0  2
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2022 International LT Daycab

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

|  | $130,000.00 | $130,000.00 |

Fill in this information to identify the case:

Debtor name _____ GM Cargo Forwarders, Inc _____

United States Bankruptcy Court for the:

Eastern District of Texas

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

Texas Comptroller of Public Accounts

PO Box 13528, Capital Station

Austin, TX 78711

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?

☑ No

☐ Yes

Total claim: **unknown**    Priority amount: **unknown**

**2.2** Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?

☐ No

☐ Yes

| Debtor | **GM Cargo Forwarders, Inc** | Case number *(if known)* |
|---|---|---|
| | Name | |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | **Amount of claim** |
|---|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**American Express Gold**

P.O. Box 6031

Carolstream, IL 60917-6301

Date or dates debt was incurred    **01/01/2023**

Last 4 digits of account number    **5 0 0 6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$170,029.85**

---

**3.2** Nonpriority creditor's name and mailing address

**American Express Platinum**

P.O. Box 6031

Carolstream, IL 60917-6301

Date or dates debt was incurred    **01/01/2023**

Last 4 digits of account number    **9 0 0 6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$213,316.84**

---

**3.3** Nonpriority creditor's name and mailing address

**Ascentium Capital**

23970 US-59 N. Attn: Claims

Kingwood, TX 77339

Date or dates debt was incurred    **01/02/2022**

Last 4 digits of account number    **0 4 5 0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$300,000.00**

---

**3.4** Nonpriority creditor's name and mailing address

**Ascentium Capital**

23970 US-59 N. Attn: Claims

Kingwood, TX 77339

Date or dates debt was incurred    **01/02/2022**

Last 4 digits of account number    **0 5 1 4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$200,000.00**

| Debtor | **GM Cargo Forwarders, Inc** | | Case number *(if known)* |
|---|---|---|---|
| | Name | | |

**Part 2:** Additional Page

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,000.00 |
|---|---|---|---|

**Atomic Parking**

**5201 S Second Ave**

**Dallas, TX 75210**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    **10/01/2023**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,000.00 |
|---|---|---|---|

**AW Fleet Service**

**2401 Worthington Drive**

**Denton, TX 76207**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    **09/01/2023**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,289.84 |
|---|---|---|---|

**Bank of America**

**P.O. Box 15796**

**Wilmington, DE 15886-5796**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    **01/01/2023**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **5 5 5 0**

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $137,757.92 |
|---|---|---|---|

**Bay First Bank SBA**

**700 Central Avenue**

**St. Petersburg, FL 33701**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    **07/22/2022**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **9 1 0 0**

| Debtor | **GM Cargo Forwarders, Inc** | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

---

**3.9** Nonpriority creditor's name and mailing address

**Bay First Bank SBA**

**700 Central Avenue**

**St. Petersburg, FL 33701**

Date or dates debt was incurred **10/01/2022**

Last 4 digits of account number **9  1  0  0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$147,168.14**

---

**3.10** Nonpriority creditor's name and mailing address

**BMO Harris**

**P.O. BOX 71810**

**Chicago, IL 60694-1810**

Date or dates debt was incurred **01/20/2021**

Last 4 digits of account number **5  3  4  7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$8,244.77**

---

**3.11** Nonpriority creditor's name and mailing address

**BMO Harris**

**P.O. Box 71951**

**Chicago, IL 60694-1951**

Date or dates debt was incurred **12/31/1969**

Last 4 digits of account number **-  0  0  1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$125,000.00**

---

**3.12** Nonpriority creditor's name and mailing address

**Carenow**

**P.O. Box 908**

**Brentwood, TN 37024**

Date or dates debt was incurred **11/01/2023**

Last 4 digits of account number ___  ___  ___  ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$3,000.00**

---

| Debtor | **GM Cargo Forwarders, Inc** | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2:  Additional Page

**3.13** Nonpriority creditor's name and mailing address

Channel Partner

10900 Wayzata Blvd, Suite 300

Minnetonka, MN 55305

Date or dates debt was incurred    07/08/2023

Last 4 digits of account number    6  7  8  5

As of the petition filing date, the claim is:    **$100,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address

Crossroads Equipment Lease and Finance

P.O. BOX 101285

Pasadena, CA 91189-1285

Date or dates debt was incurred    01/20/2021

Last 4 digits of account number    1  9  7  3

As of the petition filing date, the claim is:    **$40,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.15** Nonpriority creditor's name and mailing address

Crossroads Equipment Lease and Finance

P.O. BOX 101285

Pasadena, CA 91189-1285

Date or dates debt was incurred    01/20/2021

Last 4 digits of account number    3  1  3  5

As of the petition filing date, the claim is:    **$40,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.16** Nonpriority creditor's name and mailing address

Crossroads Equipment Lease and Finance

P.O. BOX 101285

Pasadena, CA 91189-1285

Date or dates debt was incurred    01/21/2021

Last 4 digits of account number    5  0  3  9

As of the petition filing date, the claim is:    **$40,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **GM Cargo Forwarders, Inc** | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

**3.17** Nonpriority creditor's name and mailing address

Daimler Truck Financial

P.O. Box 901

Roanoke, TX 76262

Date or dates debt was incurred   12/01/2021

Last 4 digits of account number   9 0 0 1

As of the petition filing date, the claim is:   **$75,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.18** Nonpriority creditor's name and mailing address

Daimler Truck Financial

P.O. Box 901

Roanoke, TX 76262

Date or dates debt was incurred   01/30/2021

Last 4 digits of account number   1 0 0 1

As of the petition filing date, the claim is:   **$75,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.19** Nonpriority creditor's name and mailing address

Daimler Truck Financial

P.O. Box 901

Roanoke, TX 76262

Date or dates debt was incurred   01/30/2021

Last 4 digits of account number   2 0 0 1

As of the petition filing date, the claim is:   **$80,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address

DSS Driving Services LLC

110 Merchant Street

El Campo, TX 77437

Date or dates debt was incurred   01/01/2020

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:   **$830.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **GM Cargo Forwarders, Inc** | Case number *(if known)* |
|---|---|---|
| | Name | |

**Part 2:** Additional Page

---

**3.21** Nonpriority creditor's name and mailing address

**Efinancial Tree**

**201 BROAD STREET, STE 1002**

**Stamford, CT 06901**

Date or dates debt was incurred **09/13/2023**

Last 4 digits of account number **0 8 0 3**

As of the petition filing date, the claim is:  **$100,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.22** Nonpriority creditor's name and mailing address

**First Citizens Bank**

**305 Fellowship Road**

**Mt Laurel, NJ 08054**

Date or dates debt was incurred **12/01/2022**

Last 4 digits of account number **- 0 0 0**

As of the petition filing date, the claim is:  **$120,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address

**First Citizens Bank**

**305 Fellowship Road**

**Mt Laurel, NJ 08054**

Date or dates debt was incurred **12/01/2023**

Last 4 digits of account number **- 0 0 0**

As of the petition filing date, the claim is:  **$45,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.24** Nonpriority creditor's name and mailing address

**North Texas Tollway Authority**

**P.O. Box 260928**

**Plano, TX 75026-0928**

Date or dates debt was incurred **01/02/2023**

Last 4 digits of account number **5 2 1 8**

As of the petition filing date, the claim is:  **$14,500.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **GM Cargo Forwarders, Inc** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

### Part 2:  Additional Page

| **3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $150,000.00 |
|---|---|---|---|

**Northbridge Management**

**PO Box 249**

**Denton, TX 76202**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

| Date or dates debt was incurred | **01/01/2024** |
|---|---|

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| **3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,000.00 |
|---|---|---|---|

**OTA- Plate Pay**

**P.O. Box 248935**

**Oklahoma City, OK 73124-8935**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

| Date or dates debt was incurred | **01/02/2023** |
|---|---|

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  _e_ _r_ _a_ _l_

---

| **3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,320.84 |
|---|---|---|---|

**Paclease**

**777 106th Ave NE**

**Bellevue, WA 98004**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

| Date or dates debt was incurred | **08/17/2023** |
|---|---|

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  _0_ _2_ _2_ _8_

---

| **3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $215.80 |
|---|---|---|---|

**Petrolhead**

**3600 East Loop 820 South**

**Fort Worth, TX 76119**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

| Date or dates debt was incurred | **12/15/2023** |
|---|---|

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| Debtor | **GM Cargo Forwarders, Inc** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

| **3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,418.73 |
|---|---|---|---|
| | RTS Carrier Services | ☐ Contingent | |
| | 9300, 9325 & 9350 Metcalf Avenue | ☐ Unliquidated | |
| | Overland Park, KS 66212 | ☐ Disputed | |
| | | Basis for the claim: _____ | |
| | Date or dates debt was incurred __09/01/2023__ | Is the claim subject to offset? | |
| | Last 4 digits of account number __1__ __7__ __2__ __1__ | ☑ No ☐ Yes | |

| **3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,000.00 |
|---|---|---|---|
| | Samsara | ☐ Contingent | |
| | 350 Rhode Island Street 4th Floor | ☐ Unliquidated | |
| | San Francisco, CA 94103 | ☐ Disputed | |
| | | Basis for the claim: _____ | |
| | Date or dates debt was incurred __01/01/2023__ | Is the claim subject to offset? | |
| | Last 4 digits of account number __5__ __2__ __0__ __9__ | ☑ No ☐ Yes | |

| **3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150,000.00 |
|---|---|---|---|
| | SBA EIDL | ☐ Contingent | |
| | P.O. Box 3918 | ☐ Unliquidated | |
| | Portland, OR 97208-3918 | ☐ Disputed | |
| | | Basis for the claim: _____ | |
| | Date or dates debt was incurred __06/15/2020__ | Is the claim subject to offset? | |
| | Last 4 digits of account number __7__ __9__ __0__ __2__ | ☑ No ☐ Yes | |

| **3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130,000.00 |
|---|---|---|---|
| | Signature Bank | ☐ Contingent | |
| | PO Box 71278 | ☐ Unliquidated | |
| | Philadelphia, PA 19176-6278 | ☐ Disputed | |
| | | Basis for the claim: _____ | |
| | Date or dates debt was incurred __10/01/2022__ | Is the claim subject to offset? | |
| | Last 4 digits of account number __7__ __0__ __0__ __1__ | ☑ No ☐ Yes | |

| Debtor | **GM Cargo Forwarders, Inc** | Case number *(if known)* |
|---|---|---|
| | Name | |

**Part 2:** Additional Page

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $260,000.00
| **Signature Bank** | *Check all that apply.*
| | ☐ Contingent
| **PO Box 71278** | ☐ Unliquidated
| **Philadelphia, PA 19176-6278** | ☐ Disputed
| | **Basis for the claim:** _____
| Date or dates debt was incurred **10/01/2022** | **Is the claim subject to offset?**
| Last 4 digits of account number **7  0  0  2** | ☑ No
| | ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,297.96
| **Southwest Idealease** | *Check all that apply.*
| | ☐ Contingent
| **PO Box 560685** | ☐ Unliquidated
| **Dallas, TX 75356** | ☐ Disputed
| | **Basis for the claim:** _____
| Date or dates debt was incurred **10/01/2023** | **Is the claim subject to offset?**
| Last 4 digits of account number **6  4  0  0** | ☑ No
| | ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,058.82
| **Trailer Repair Solutions** | *Check all that apply.*
| | ☐ Contingent
| **383 S Nachita Dr** | ☐ Unliquidated
| **Dallas, TX 75217** | ☐ Disputed
| | **Basis for the claim:** _____
| Date or dates debt was incurred **12/12/2023** | **Is the claim subject to offset?**
| Last 4 digits of account number **9  7  6  8** | ☑ No
| | ☐ Yes

---

Debtor   **GM Cargo Forwarders, Inc**
_____
Name

Case number *(if known)* _____

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Zwicker & Associates P.C** <br> **80 Minuteman Road** <br> **Andover, MA 01810** | Line **3.1** <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2 **Zwicker & Associates P.C.** <br> **80 Minuteman Road** <br> **Andover, MA 01810** | Line **3.7** <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.3 **Zwicker & Associates P.C.** <br> **80 Minuteman Road** <br> **Andover, MA 01810** | Line **3.2** <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor    __**GM Cargo Forwarders, Inc**_____    Case number *(if known)* _____
           Name

**Part 4:** Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $0.00 |
| 5b. | **Total claims from Part 2** | 5b. **+** | $2,791,449.51 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $2,791,449.51 |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | GM Cargo Forwarders, Inc |
| United States Bankruptcy Court for the: | Eastern District of Texas |
| Case number (if known): | Chapter    7 |

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.  Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Commercial Space<br>Contract to be REJECTED | Northbridge Management<br>Po Box 249<br>Denton, TX 76202-0249 |
| | State the term remaining | 24 months | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Equipment Rental<br>Contract to be REJECTED | Paclease<br>777 106th Ave Ne<br>Bellevue, WA 98004-5027 |
| | State the term remaining | 1 months | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Equipment LEase<br>Contract to be REJECTED | Southwest Idealease<br>Po Box 560685<br>Dallas, TX 75356-0685 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name __**GM Cargo Forwarders, Inc**__

United States Bankruptcy Court for the: __**Eastern**__ District of __**Texas**__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | _____ <br> Street <br> _____ <br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | _____ <br> Street <br> _____ <br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | _____ <br> Street <br> _____ <br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | _____ <br> Street <br> _____ <br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

| Debtor | **GM Cargo Forwarders, Inc** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.5 | _____ | _____ | _____ | ☐ D |
| | | Street | | ☐ E/F |
| | | _____ | | ☐ G |
| | | _____ | | |
| | | City          State          ZIP Code | | |
| 2.6 | _____ | _____ | _____ | ☐ D |
| | | Street | | ☐ E/F |
| | | _____ | | ☐ G |
| | | _____ | | |
| | | City          State          ZIP Code | | |

Fill in this information to identify the case:

Debtor name _____ GM Cargo Forwarders, Inc _____

United States Bankruptcy Court for the:

_____ Eastern District of Texas _____

Case number (if known): _____    Chapter __7__

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1:**  Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

   Copy line 88 from *Schedule A/B*....................................................................................................

   | $0.00 |

   1b. **Total personal property:**

   Copy line 91A from *Schedule A/B*..................................................................................................

   | $1,952,995.61 |

   1c. **Total of all property:**

   Copy line 92 from *Schedule A/B*....................................................................................................

   | $1,952,995.61 |

**Part 2:**  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   | $1,593,244.77 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...................................................................

   | $0.00 |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................................

   | + $2,791,449.51 |

4. **Total liabilities**.........................................................................................................................

   Lines 2 + 3a + 3b

   | $4,384,694.28 |

Fill in this information to identify the case:

Debtor name _____GM Cargo Forwarders, Inc_____

United States Bankruptcy Court for the:
_____Eastern District of Texas_____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  **04/22**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1: Income

**1.  Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 01/01/2024 to Filing date<br>MM/ DD/ YYYY | ☐ Operating a business<br>☐ Other _____ | |
| **For prior year:** From 01/01/2023 to 12/31/2023<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☐ Operating a business<br>☑ Other _____ | $2,116,340.00 |
| **For the year before that:** From 01/01/2022 to 12/31/2022<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☐ Operating a business<br>☑ Other _____ | $2,728,000.00 |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 01/01/2024 to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** From 01/01/2023 to 12/31/2023<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** From 01/01/2022 to 12/31/2022<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |

Debtor    GM Cargo Forwarders, Inc    _____    Case number *(if known)* _____
Name

---

| **Part 2:** | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. _____<br><br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City        State    ZIP Code | _____<br><br>_____<br><br>_____ | _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Madanguit, Gerardo<br>Creditor's name<br>3244 Greenleaf Avenue<br>Street<br><br>Wilmette, IL 60091<br>City        State    ZIP Code<br>**Relationship to debtor**<br>President | Various | $80,000.00 | Payment for salary for time worked. |

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

---

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    page **2**

Debtor    GM Cargo Forwarders, Inc                                    Case number *(if known)* _____
      Name

| 5.1. | Daimler Truck Financial | Three 2021 Freightliner Cascadia Daycab | 01/04/2023 |
|---|---|---|---|
| | Creditor's name | Tractors worth $80,000 to $90,000 each | |
| | | | |
| | Street | | |
| | | | |
| | City          State     ZIP Code | | |

| 5.2. | BMO Harris | 2019 International LT Daycab Tractor worth | 12/29/2023 |
|---|---|---|---|
| | Creditor's name | $55,000.00 | |
| | | | |
| | Street | | |
| | | | |
| | City          State     ZIP Code | | |

| 5.3. | BMO Harris | 4 2021 Wabash Trailers and 1 2022 Wabash | 01/04/2024 |
|---|---|---|---|
| | Creditor's name | trailer worth $30,000.00 and $32,000 | |
| | | Respectively | |
| | Street | | |
| | | | |
| | City          State     ZIP Code | | |

| 5.4. | Ascentium Capital | 10 units 2022 and 2023 Wabash Trailers worth | 01/23/2024 |
|---|---|---|---|
| | Creditor's name | approximately $500,000.00 | |
| | | | |
| | Street | | |
| | | | |
| | City          State     ZIP Code | | |

| 5.5. | Signature Bank | 3 Units 2022 International Daycabs worth | 01/23/2024 |
|---|---|---|---|
| | Creditor's name | $390,000.00 | |
| | | | |
| | Street | | |
| | | | |
| | City          State     ZIP Code | | |

## 6.    Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. | | | |
| Creditor's name | XXXX– __ __ __ __ | | |
| Street | | | |
| City          State     ZIP Code | | | |

Debtor    GM Cargo Forwarders, Inc    _____    Case number *(if known)* _____

Name

| Part 3: | Legal Actions or Assignments |
|---------|------------------------------|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|------|-----------|----------------|-----------------------------------|----------------|
| | _____ | _____ | | ☐ Pending |
| | | | Name | ☐ On appeal |
| | **Case number** | | Street | ☐ Concluded |
| | _____ | | | |
| | | | City          State   ZIP Code | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|------|------------------------------|----------------------------|-------|
| | _____ | _____ | _____ |
| | Custodian's name | **Case title** | **Court name and address** |
| | Street | _____ | Name |
| | _____ | **Case number** | Street |
| | City          State   ZIP Code | _____ | _____ |
| | | **Date of order or assignment** | City          State   ZIP Code |
| | | _____ | |

| Part 4: | Certain Gifts and Charitable Contributions |
|---------|---------------------------------------------|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------|------------------------------|-------------------------------------------|-------------|-------|
| | _____ | _____ | _____ | |
| | Recipient's name | | | |
| | Street | | | |
| | _____ | | | |
| | City          State   ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |

Debtor  GM Cargo Forwarders, Inc                                    Case number *(if known)* _____
         Name

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. _____ | _____ | _____ | _____ |

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| LoBue Law, PLLC | Attorney's Fee | 2/14/2024 | $2,500.00 |

**Address**

101 E Park Blvd Ste 600
Street

Plano, TX 75074-8818
City                          State       ZIP Code

**Email or website address**

vinny@thelobuelaw.com

**Who made the payment, if not debtor?**

_____

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**Trustee**

_____

Debtor    GM Cargo Forwarders, Inc                                    Case number *(if known)*
          Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |

**Address**

_____
Street

_____

_____
City                        State      ZIP Code

**Relationship to debtor**

_____

---

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. 2525 E State Hwy 121<br>Street | From 2/1/2011   To 2/1/2023 |
| Lewisville, TX 75067<br>City            State    ZIP Code | |

---

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

---

Debtor  GM Cargo Forwarders, Inc _____  Case number *(if known)* _____

Name

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ | _____ | _____ |
| Facility name | | |
| _____ | | |
| Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| _____ | _____ | *Check all that apply:* |
| City          State    ZIP Code | _____ | ☐ Electronically |
| | | ☐ Paper |

---

**Part 9:**  Personally Identifiable Information

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

   Does the debtor have a privacy policy about that information?

   ☐ No

   ☐ Yes

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

   ☐ No. Go to Part 10.

   ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

   Has the plan been terminated?

   ☐ No

   ☐ Yes

---

**Part 10:**  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____ | XXXX– _ _ _ _ | ☐ Checking | _____ | _____ |
| Name | | ☐ Savings | | |
| _____ | | ☐ Money market | | |
| Street | | ☐ Brokerage | | |
| _____ | | ☐ Other | | |
| City          State    ZIP Code | | _____ | | |

Debtor  GM Cargo Forwarders, Inc                                          Case number *(if known)*
             Name

### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City          State     ZIP Code | | | |

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | Valero | | ~~Storage of business records~~ | ☐ No |
| | Name | | | ☑ Yes |
| | Street | | | |
| | | Address | | |
| | City          State     ZIP Code | | | |
| | | Lewisville, TX 75067 | | |

---

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

### 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | |
| Name | | | |
| Street | | | |
| City          State     ZIP Code | | | |

---

**Part 12:**  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

---

Debtor    GM Cargo Forwarders, Inc    _____    Case number *(if known)* _____

        Name

■  *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|------------|----------------------------------|--------------------|----------------|
| _____ | Name _____ | _____ | ☐ Pending |
| **Case number** | Street _____ | _____ | ☐ On appeal |
| _____ | | _____ | ☐ Concluded |
| | City        State    ZIP Code | _____ | |

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|-----------------------|-------------------------------------|------------------------------|----------------|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City     State   ZIP Code | City     State   ZIP Code | _____ | |

**24.  Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|-----------------------|-------------------------------------|------------------------------|----------------|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City     State   ZIP Code | City     State   ZIP Code | | |

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

**25.  Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Debtor    GM Cargo Forwarders, Inc    _____    Case number *(if known)* _____

        Name

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.1.  _____    _____    EIN:  __ __ – __ __ __ __ __ __ __

        Name

                                                            **Dates business existed**

        Street

                                                            From _____   To _____

        _____

        City          State    ZIP Code

**26. Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

26a.1.  Ronald Jachim    _____    From _____   To _____

        Name

        101 W 22nd St Ste 207

        Street

        _____

        Lombard, IL 60148-4989

        City          State       ZIP Code

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|

26b.1.  _____    From _____   To _____

        Name

        _____

        Street

        _____

        City          State       ZIP Code

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1.  _____    _____

        Name                        _____

        _____    _____

        Street

        _____

        City          State       ZIP Code

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

Official Form 207                **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                page **10**

Debtor  GM Cargo Forwarders, Inc  _____  Case number *(if known)* _____
       Name

| Name and address |
|---|

26d.1.  First Bay Bank
       _____
       Name

       _____
       Street

       _____

       _____
       City                State        ZIP Code

| Name and address |
|---|

26d.2.  Channel Partners
       _____
       Name

       _____
       Street

       _____

       _____
       City                State        ZIP Code

| Name and address |
|---|

26d.3.  EFinancial Tree
       _____
       Name

       _____
       Street

       _____

       _____
       City                State        ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|

27.1.  _____

       _____
       Name

       _____
       Street

       _____

       _____
       City                State        ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Madanguit, Gerardo | 3244 Greenleaf Avenue Wilmette, IL 60091 | President, Owner | 100.00% |

Debtor    GM Cargo Forwarders, Inc    Case number *(if known)* _____
_____
Name

**29.** **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| _____ | _____ , | _____ | From _____ <br> To _____ |

**30.** **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. Madanguit, Gerardo <br> Name <br><br> 3244 Greenleaf Avenue <br> Street <br><br> Wilmette, IL 60091 <br> City          State     ZIP Code | $80,000.00 | Various | Salary for 2023 |

| Relationship to debtor |
|------------------------|
| President |

**31.** **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

**32.** **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

**Part 14:** Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____02/20/2024____
MM/ DD/ YYYY

Debtor    GM Cargo Forwarders, Inc                                    Case number *(if known)*
          Name

**X** /s/ Gerardo Madanguit                          Printed name         Gerardo Madanguit

Signature of individual signing on behalf of the debtor

Position or relationship to debtor          President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

Fill in this information to identify the case:

Debtor name                GM Cargo Forwarders, Inc

United States Bankruptcy Court for the:

               Eastern District of Texas

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | American Express Gold P.O. Box 6031 Carolstream, IL 60917-6301 | | | | | | $170,029.85 |
| 2 | American Express Platinum P.O. Box 6031 Carolstream, IL 60917-6301 | | | | | | $213,316.84 |
| 3 | Ascentium Capital 23970 US-59 N. Attn: Claims Kingwood, TX 77339 | | | | | | $300,000.00 |
| 4 | Ascentium Capital 23970 US-59 N. Attn: Claims Kingwood, TX 77339 | | | | | | $200,000.00 |
| 5 | Bay First Bank SBA 700 Central Avenue St. Petersburg, FL 33701 | | | | | | $147,168.14 |
| 6 | Bay First Bank SBA 700 Central Avenue St. Petersburg, FL 33701 | | | | | | $137,757.92 |
| 7 | BMO Harris P.O. Box 71951 Chicago, IL 60694-1951 | | | | | | $125,000.00 |
| 8 | Channel Partner 10900 Wayzata Blvd, Suite 300 Minnetonka, MN 55305 | | | | | | $100,000.00 |

Debtor    GM Cargo Forwarders, Inc
_____    Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  Crossroads Equipment Lease and Finance P.O. BOX 101285 Pasadena, CA 91189-1285 | | | | | | $40,000.00 |
| 10  Crossroads Equipment Lease and Finance P.O. BOX 101285 Pasadena, CA 91189-1285 | | | | | | $40,000.00 |
| 11  Daimler Truck Financial P.O. Box 901 Roanoke, TX 76262 | | | | | | $80,000.00 |
| 12  Daimler Truck Financial P.O. Box 901 Roanoke, TX 76262 | | | | | | $75,000.00 |
| 13  Daimler Truck Financial P.O. Box 901 Roanoke, TX 76262 | | | | | | $75,000.00 |
| 14  Efinancial Tree 201 BROAD STREET, STE 1002 Stamford, CT 06901 | | | | | | $100,000.00 |
| 15  First Citizens Bank 305 Fellowship Road Mt Laurel, NJ 08054 | | | | | | $120,000.00 |
| 16  First Citizens Bank 305 Fellowship Road Mt Laurel, NJ 08054 | | | | | | $45,000.00 |
| 17  Northbridge Management PO Box 249 Denton, TX 76202 | | | | | | $150,000.00 |
| 18  SBA EIDL P.O. Box 3918 Portland, OR 97208-3918 | | | | | | $150,000.00 |
| 19  Signature Bank PO Box 71278 Philadelphia, PA 19176-6278 | | | | | | $260,000.00 |
| 20  Signature Bank PO Box 71278 Philadelphia, PA 19176-6278 | | | | | | $130,000.00 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Eastern District of Texas

**In re**    GM Cargo Forwarders, Inc

Case No. _____

**Debtor**                                                          Chapter _____7_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept .................................................................................... $5,000.00

Prior to the filing of this statement I have received ................................................................... $2,500.00

Balance Due ................................................................................................................................. $2,500.00

2.    The source of the compensation paid to me was:

☑ Debtor              ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☐ Debtor              ☑ Other (specify)    Gerardo Madanguit _____

4.    ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| __02/20/2024__ | __/s/ VINCENT LOBUE__ |
| *Date* | VINCENT LOBUE |
| | *Signature of Attorney* |
| | Bar Number: 277179 |
| | LoBue Law, PLLC |
| | 101 E Park Blvd Ste 600 |
| | Plano, TX 75074-8818 |
| | Phone: (972) 695-9444 |
| | |
| | __LoBue Law, PLLC__ |
| | *Name of law firm* |

---

Date:   __02/20/2024__                          __/s/ Gerardo Madanguit__

**Gerardo Madanguit**

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE: **GM Cargo Forwarders, Inc**                                         CASE NO

                                                                            CHAPTER **7**


### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date _____02/20/2024_____     Signature _____/s/ Gerardo Madanguit_____
                                                            Gerardo Madanguit, President

American Express Gold
P.O. Box 6031
Carolstream, IL 60917-6301

American Express Platinum
P.O. Box 6031
Carolstream, IL 60917-6301

Ascentium apital
23970 US-59 N. Attn: Claims
Kingwood, TX 77339

Ascentium Capital
23970 US-59 N. Attn: Claims
Kingwood, TX 77339

Atomic Parking
5201 S Second Ave
Dallas, TX 75210

AW Fleet Service
2401 Worthington Drive
Denton, TX 76207

Bank of America
P.O. Box 15796
Wilmington, DE 15886-5796

Bay First Bank SBA
700 Central Avenue
St. Petersburg, FL 33701

BMO Harris
PO Box 71810
Chicago, IL 60694-1810

BMO Harris
PO Box 71951
Chicago, IL 60694-1951

BMO Harris
P.O. BOX 71810
Chicago, IL 60694-1810

BMO Harris
P.O. Box 71951
Chicago, IL 60694-1951

Carenow
P.O. Box 908
Brentwood, TN 37024

Channel Partner
10900 Wayzata Blvd, Suite 300
Minnetonka, MN 55305

Crossroads Equipment Lease
and Finance
P.O. BOX 101285
Pasadena, CA 91189-1285

Daimler Truck Financial
P.O. Box 901
Roanoke, TX 76262

DSS Driving Services LLC
110 Merchant Street
El Campo, TX 77437

Efinancial Tree
201 BROAD STREET, STE 1002
Stamford, CT 06901

First Citizens Bank
305 Fellowship Road
Mt Laurel, NJ 08054

First Citizens Bank and Trust
Co
305 Fellowship Road
Mt Laurel, NJ 08054

North Texas Tollway
Authority
P.O. Box 260928
Plano, TX 75026-0928

Northbridge Management
PO Box 249
Denton, TX 76202

Northbridge Management
Po Box 249
Denton, TX 76202-0249

OTA- Plate Pay
P.O. Box 248935
Oklahoma City, OK 73124-8935

Paclease
777 106th Ave NE
Bellevue, WA 98004


Paclease
777 106th Ave Ne
Bellevue, WA 98004-5027


Petrolhead
3600 East Loop 820 South
Fort Worth, TX 76119


RTS Carrier Services
9300, 9325 & 9350 Metcalf Avenue
Overland Park, KS 66212


Samsara
350 Rhode Island Street 4th Floor
San Francisco, CA 94103


SBA EIDL
P.O. Box 3918
Portland, OR 97208-3918


Signature Bank
PO Box 71278
Philadelphia, PA 19176-6278


Signature Financial
PO Box 71278
Philadelphia, PA 19176-6278

Southwest Idealease
PO Box 560685
Dallas, TX 75356


Southwest Idealease
Po Box 560685
Dallas, TX 75356-0685


Texas Comptroller of Public
Accounts
PO Box 13528, Capital Station
Austin, TX 78711


Trailer Repair Solutions
383 S Nachita Dr
Dallas, TX 75217


Zwicker & Associates P.C
80 Minuteman Road
Andover, MA 01810


Zwicker & Associates P.C.
80 Minuteman Road
Andover, MA 01810